## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF OKLAHOMA

MAPLE TREE PROPERTIES, LLC,  )
              )
    Plaintiff,     )
v.             )   Case No.:  CIV-14-695-C
              )
HARTFORD CASUALTY    )
INSURANCE COMPANY,   )
              )
    Defendant.   )

## CORPORATE DISCLOSURE STATEMENT OF
## <u>HARTFORD CASUALTY INSURANCE COMPANY</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hartford Casualty Insurance Company discloses as follows:

Hartford Casualty Insurance Company, an Indiana corporation, is wholly-owned by Hartford Accident and Indemnity Company, a Connecticut corporation, which is wholly-owned by Hartford Fire Insurance Company, also a Connecticut corporation.

Hartford Fire Insurance Company is a wholly-owned subsidiary of The Hartford Financial Services Group, Inc., a Delaware corporation.  The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation.  To the best of our knowledge, no publicly held corporation currently owns 10% or more of its common stock.

Respectfully submitted,

*s/ Jodi W. Dishman*

Jodi W. Dishman, OBA # 20677
Andrew J. Morris, OBA # 31658
McAfee & Taft A Professional Corporation
211 North Robinson, 10th Floor
Oklahoma City, OK  73102
Telephone:   (405) 235-9621
Facsimile:   (405) 235-0439
E-mail:      jodi.dishman@mcafeetaft.com
             andrew.morris@mcafeetaft.com

ATTORNEYS FOR DEFENDANT
HARTFORD CASUALTY INSURANCE
COMPANY

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of August, 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following registrants:

      John A. Krahl – jkrahl@fullertubb.com
      Kevin E. Krahl – krahl@fullertubb.com
      Jerry Tubb – jerry.tubb@fullertubb.com


*/s/ Jodi W. Dishman*
Jodi W. Dishman