IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Maple Tree Properties, LLC )
Plaintiff )
)
vs. )   Case No. CIV-14-695-C
)
Hartford Casualty Ins. Co. )
)   JUNE 2015    Trial Docket
Defendant )

## SCHEDULING ORDER

Date  September 11, 2014        Judge Robin J. Cauthron        Clerk  Linda Goode

Appearing for Plaintiff   John Krahl, Kevin Krahl

Appearing for Defendant   Andrew Morris

Jury Trial Demanded  ✓         Non-Jury Trial _____

### THE FOLLOWING DEADLINES ARE SET BY THE COURT

1. Motions to join additional parties to be filed by October 1, 2014.

2. Motions to amend pleadings to be filed by October 1, 2014.

3. (a) Plaintiff to file a **final** list of **expert witness(es) in chief and submit expert reports** to Defendant by February 1, 2015.*

   (b) Defendant to file a **final** list of **expert witness(es) in chief and submit expert reports** to Plaintiff by 14 days thereafter.*

4. (a) Plaintiff to file a **final** list of **witnesses** together with addresses and brief summary of expected testimony where witness has not already been deposed by March 15, 2015.*

   (b) Defendant to file a **final** list of **witnesses** (as described above) 14 days thereafter.*

5. (a) Plaintiff to file a **final exhibit** list by February 25, 2015.* Defendant to file objections to Plaintiff's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), by March 15, 2015.

   (b) Defendant to file a **final exhibit** list by March 25, 2015.* Plaintiff to file objections to defendant's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), by April 25, 2015.

   *The listing of witnesses and exhibits shall separately state those expected to be called or used and those which may be called or used it the need arises. Except for good cause shown, no witness shall be permitted to testify and no exhibit will be admitted in any party's case in chief unless such witness or exhibit was included in the party's filed witness or exhibit list.

6. Discovery to be completed by April 1, 2015.

7. All dispositive and *Daubert* motions to be filed by April 1, 2015.

   If the deadline for dispositive motions and *Daubert* motions precedes the discovery deadline, the parties are expected to conduct any discovery necessary for such motions in advance of the motion deadline.

8. Trial docket  June  2015 **

   **Trial dockets generally begin the second Tuesday of each month; however, this practice varies, particularly during holidays. The published trial docket will announce the trial setting.

   The interval between the dispositive motion deadline (¶ 7) and the trial docket (¶ 8) is relatively inflexible. An extension of time to file or respond to a motion for summary judgment will likely affect the trial setting.

9. Designations of deposition testimony to be used at trial to be filed by June 1, 2015.
   Objections and counter designations to be filed by June 6, 2015.

10. Motions in limine to be filed <u>7 days prior to the pretrial report</u>.

11. Requested voir dire to be filed <u>7 days prior to the pretrial report.</u>

12. Trial briefs (optional unless otherwise ordered) to be filed <u>7 days prior to the pretrial report.</u>

13. Requested jury instructions to be filed on or <u>7 days prior to the pretrial report.</u>.***

14. NON-JURY CASES ONLY: Proposed findings and conclusions of law to be filed no later than <u>7 days prior to the pretrial report.</u>.***

***In addition to filing, the parties are encouraged, but not required, to submit their proposed jury instructions or findings of fact and conclusions of law in WordPerfect format to the Clerk via the Court's designated mail box: cauthron-orders@okwd.uscourts.gov

15. Any objection or response to the trial submissions referenced in 10, 11, 12, 13, or 14 to be filed within **14 days** thereafter.

16. The Final Pretrial Report, approved by all counsel, **and in full compliance** with Local Rules (see Appendix IV), together with a proposed order approving the report, to be submitted to the Court by <u>June 1, 2015</u>.

17. This case is referred to the following Court-sponsored ADR/settlement process or special trial track:

  ___ by agreement of the parties, with the approval of the Court:
  ___ by Order of the Court:

   ___ Mediation
   ___ Judicial Settlement Conference
   ___ Other _____

If the case is referred to mediation or some other form of private ADR, the process shall be completed and a report filed with the Court by the parties, stating whether the case settled, not later than _____.

18. Except as otherwise specifically ordered by the assigned judge, this case will not be scheduled for a judicial settlement conference unless, not later than ten days after the trial docket is published, the parties file a joint motion requesting a judicial settlement conference. The motion shall contain a certification by counsel that the parties have been advised of the motion and approve its filing. The motion shall further describe in detail the settlement efforts made and dispute resolution techniques previously used in the case.

19. ___ The parties consent to trial by a Magistrate Judge.

20. Initial disclosures pursuant to Fed. R. Civ. P. 26 have been made _____; are excused _____; or shall be made no later than <u>Sept. 24, 2014</u>.

21. Other: _____

BY ORDER OF THE COURT
CARMELITA REEDER SHINN, CLERK

By _____
Deputy Clerk