# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MAPLE TREE PROPERTIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-14-695-C |
| ) | |
| HARTFORD CASUALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Maple Tree Properties, LLC, hereby stipulates with the Defendant, Hartford Casualty Insurance Company, that its claims in the above-styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

Respectfully submitted this 30th day of January, 2015.

/s John A. Krahl_____
John A. Krahl, OBA # 31124
Kevin E. Krahl, OBA #11126
Jerry Tubb, OBA # 9106
FULLER, TUBB, BICKFORD & KRAHL, PLLC
201 Robert S. Kerr, Suite 1000
P.O. Box 887
Oklahoma City, OK 73101-0887
Telephone: (405) 235-2575
Fax: (405) 232-8384
jkrahl@fullertubb.com
krahl@fullertubb.com
jerry.tubb@fullertubb.com

/s Jodi W. Dishman_____
*(Signed with Permission)*
Jodi W. Dishman, OBA # 20677
Andrew J. Morris, OBA # 31658
McAFEE & TAFT, A PROFESSIONAL
CORPORATION
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621
Fax: (405) 235-0439
jodi.dishman@mcafeetaft.com
andrew.morris@mcafeetaft.com